# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Olukayode John-Abbass, | ) | CASE NO.:   1:21-cv-00516 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | JUDGE JOHN R. ADAMS |
| Social Security Administration, | ) ) ) | **MEMORANDUM OPINION AND ORDER** |
| Defendant. | ) | |

The Magistrate Judge for this matter submitted a Report and Recommendation recommending that this Court vacate and remand the Commissioner's decision for further proceedings. (R. & R., ECF No. 18.)

Under Federal Rule of Civil Procedure 72(b), if the parties wish to object to the proposed findings and recommendation, they must do so by filing specific written objections within the fourteen (14) days following service of the Report and Recommendation. The government has indicated, through filing, that it will not object to the Report and Recommendation. (Response to R. & R., ECF No. 19.) Given the government's indication, further review by this Court at this time would be a duplicative and inefficient use of this Court's resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991). Accordingly, the Magistrate Judge's Report and Recommendation is hereby adopted. (R. & R., ECF No. 18.) The decision of the Commissioner is hereby VACATED and REMANDED for further proceedings.

IT IS SO ORDERED.

DATE: May 18, 2022         /s/ John R. Adams
                                          Judge John R. Adams
                                          UNITED STATES DISTRICT COURT